**F I L E D**
**UNITED STATES DISTRICT COURT**
DENVER, COLORADO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

SEP 1 3 2006

**GREGORY C. LANGHAM**
CLERK

Civil Action No. 06 - CV - 01821-BNB

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

ROSS STRUCK,

      Applicant,

v.

STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

      Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

Applicant Ross Struck has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Motion for Counsel.   As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are in proper form.  Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee.  The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee.  Accordingly, it is

ORDERED that the clerk of the court commence this civil action.  It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee.  It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this _12th_ day of _September_, 2006.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 01821** -BNB

Ross Struck
Reg. No. 117855
Skyline Corr. Facility
P.O. Box 800
Canon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER and a receipt for full payment of the filing fee** to the above-named individuals on 9/13/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk