# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 06-cv-01821-LTB-MJW

ROSS STRUCK,

    Plaintiff,

v.

STATE OF COLORADO ATTORNEY GENERAL,

    Defendants.

_____

# ORDER
_____

This case is before me on the recommendation of Magistrate Judge on the Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Docket No. 5) issued and served on June 6, 2008 (Doc 18). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

    ORDERED that this action is DISMISSED.

                                      BY THE COURT:

                                      <u>s/Lewis T. Babcock</u>
                                      Lewis T. Babcock, District Court Judge

DATED: July 3, 2008